SPECTOR GADON & ROSEN, P.C.
Attorneys for Eastern Championship
Wrestling, Inc and Tod A. Gordon
1000 Lenola Road
P.O. Box 1001
Moorestown, NJ 08057
(856) 778-8100
Stephen P. Pazan (SPP-7693)
Michael J. Shavel (MJS-7377)
Timothy J. Szuhaj (TJS-4628)

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT SOUTHERN DISTRICT OF NEW YORK

_____
In re:                                          :
                                                :      Chapter 7
HHG CORP., A/K/A EXTREME        :
CHAMPIONSHIP WRESTLING,         :
                                                :      Case No.  01-B-11982(ASH)
                          Debtor.          :

### NOTICE OF APPEAL

Eastern Championship Wrestling, Inc. a Pennsylvania corporation ("Eastern") and Tod A. Gordon ("Gordon" and collectively with Eastern the "Appellants") by and through their counsel Spector Gadon and Rosen, P.C. hereby appeal from the Order entitled <u>Order Denying Motion of Eastern Championship Wrestling and Tod A. Gordon to Enforce and Interpret</u> Order dated June 17, 2003, Pursuant to 11 U.S.C. §§ 105 and 363 Approving Sale of Assets to World Wrestling Entertainment, Inc., signed on May 2, 2006 and entered upon the docket on May 3, 2006.  <u>See</u> Exhibit A.

The names of the parties to the appeal and the names, addresses and telephone numbers of their counsel as such appeared in the United States Bankruptcy Court are as follows:

265271-1

Stephen P. Pazan, Esq.,  (SPP-7693)
Michael J. Shavel, Esq. (MJS-7377)
Timothy J. Szuhaj, Esq. (TJS-4628)
Spector Gadon and Rosen, P.C.
Attorneys for Eastern Championship
Wrestling, Inc and Tod A. Gordon
Spector Gadon and Rosen, P.C.
1000 Lenola Road
P.O. Box 1001
Moorestown, NJ 08057
(856) 778-8100

Jeffrey N. Rich, Esq.
Kirkpatrick & Lockhart, LLP
Attorneys for World Wrestling Entertainment, Inc.
599 Lexington Avenue
New York, NY 10022

        Respectfully submitted,

        SPECTOR GADON & ROSEN, P.C.

          **/s/ Stephen P. Pazan**

By:_____
        Stephen P. Pazan
        Michael J. Shavel
        Timothy J. Szuhaj

DATED:  May 12, 2006

265271-1

# EXHIBIT A

265271-1

SPECTOR GADON & ROSEN, P.C.
Attorneys for Eastern Championship
Wrestling, Inc and Tod A. Gordon
1000 Lenola Road
P.O. Box 1001
Moorestown, NJ 08057
(856) 778-8100
Stephen P. Pazan (SPP-7693)
Michael J. Shavel (MJS-7377)
Timothy J. Szuhaj (TJS-4628)

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: : | |
| : | Chapter 7 |
| HHG CORP., A/K/A EXTREME : | |
| CHAMPIONSHIP WRESTLING, | |
| : | Case No. 01-B-11982(ASH) |
| : | |
| : | **CERTIFICATE OF SERVICE** |
| Debtor. : | |

Cheryl Kreiner, does hereby certify:

1.   I am not a party to this action, am over the age of 18 years and am employed at the office of Spector Gadon & Rosen, P.C., 1000 Lenola Road, P.O. Box 1001, Moorestown, NJ 08057.

2.   On May 12, 2006, I caused to be served a copy of Eastern Championship Wrestling and Tod A. Gordon's Notice of Appeal by regular mail upon Jeffrey N. Rich, Esq., Kirkpatrick & Lockhart, LLP, 599 Lexington Ave., New York, NY 10022, attorney World Wrestling Federation Entertainment, Inc., by depositing a true copy of same in a sealed envelope, with postage pre-paid thereon, in an official depository of the US Postal Service within the City of Maple Shade and State of New Jersey.

                                                        **/s/Cheryl Kreiner**
                                                          Cheryl Kreiner

265271-1