SPECTOR GADON & ROSEN, P.C.
Attorneys for Eastern Championship
Wrestling, Inc and Tod A. Gordon
1000 Lenola Road
P.O. Box 1001
Moorestown, NJ 08057
(856) 778-8100
Stephen P. Pazan (SPP-7693)
Michael J. Shavel (MJS-7377)
Timothy J. Szuhaj (TJS-4628)

### IN THE UNITED STATES DISCTRICT COURT
### FOR THE DISTRICT SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 7 |
| HHG CORP., A/K/A EXTREME | : | |
| CHAMPIONSHIP WRESTLING, | : | |
| | : | Case No.  7:06-cv-04714-CLB |
| Debtor. | : | |

    Cheryl Kreiner, does hereby certify:

    1.    I am not a party to this action, am over the age of 18 years and am employed at the office of Spector Gadon & Rosen, P.C., 1000 Lenola Road, P.O. Box 1001, Moorestown, NJ 08057.

    2.    On July 21, 2006, I caused to be served a copy of Appellants, Eastern Championship Wrestling and Tod A. Gordon's, Brief by regular mail upon Jeffrey N. Rich, Esq., Kirkpatrick & Lockhart, LLP, 599 Lexington Ave., New York, NY 10022, attorney for World Wrestling Entertainment, Inc., by depositing a true copy of same in a sealed envelope, with postage pre-paid thereon, in an official depository of the US Postal Service within the City of Maple Shade and State of New Jersey.

                                              /s/Cheryl Kreiner
                                                Cheryl Kreiner

279973-1