UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
EASTERN CHAMPIONSHIP          :
WRESTLING, INC. and TOD A     :
GORDON,                       :
                              :
        Appellants,          :
                              :
v.                            :   Case No. 06-4714 (CLB)
                              :
WORLD WRESTLING               :
ENTERTAINMENT, INC.,          :
                              :
        Appellee.            :
------------------------------------------------------------x


# RECORD APPENDIX IN SUPPORT OF BRIEF OF
# APPELLEE, WORLD WRESTLING ENTERTAINMENT, INC.


Jeffrey N. Rich (JR 7183)
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
599 Lexington Avenue
New York, NY 10022
(212) 536-3900

Attorneys for World Wrestling Entertainment, Inc.

Date:  New York, New York
       August 7, 2006

NY-456558 v1

| **Document** | **Exhibit** |
|---|---|
| Order Denying the Motion of Eastern Championship Wrestling and Tod A. Gordon to Enforce and Interpret Order dated June 17, 2003 Pursuant to 11 U.S.C. §§ 105 and 363 Approving Sale of Assets to World Wrestling Entertainment, Inc. | 1 |
| Findings of Fact and Conclusion of Law | 2 |
| Order Pursuant to 11 U.S.C. §§ 105 and 363 Approving Sale of Assets to World Wrestling Entertainment, Inc. | 3 |
| Asset Purchase Agreement dated January 28, 2003, by and between Barbara Balaber-Strauss, in her capacity as Chapter 7 Trustee of HHG Corp., and World Wrestling Entertainment, Inc. | 4 |
| Motion of Eastern Championship Wrestling and Tod A. Gordon to Enforce and Interpret Order dated June 17, 2003 Pursuant to 11 U.S.C. §§ 105 and 363 Approving Sale of Assets to World Wrestling Entertainment, Inc. | 5 |
| Memorandum of Law in Response to Objection of World Wrestling Entertainment, Inc. to the Motion of Eastern Championship Wrestling and Tod A. Gordon to Enforce and Interpret Order dated 6/17/2003 pursuant to 11 U.S.C. Sections 105 and 603 Approving Sale of Assets to World Wrestling Entertainment, Inc. | 6 |
| Notice of Settlement of an Order Approving Sale of Assets to World Wrestling Entertainment, Inc. and Granting Other Relief | 7 |
| Affidavit of Service of Notice of Settlement of Order Approving Sale of Assets to World Wrestling Entertainment, Inc. and Granting Other Relief | 8 |
| Transcript of April 4, 2006 Hearing | 9 |

Respectfully submitted,

Dated: New York, New York
       August 7, 2006

KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP

By: /s/ Jeffrey N. Rich
    Jeffrey N. Rich (JNR-7183)
599 Lexington Avenue
New York, New York 10022-6030
(212) 536-3900

Attorneys for World Wrestling Entertainment, Inc.